FILED
APR 04 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Juana Lorena Hernández
      Plaintiff,

vs.

Archdiocese of San Francisco
      Defendant(s).

CASE NO. CV22 02132 AGT

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:

 Address 1295 45th Ave. Apt. 5

 City, State & Zip Code San Francisco, CA 94122

 Phone (415) 665-9587

2. Defendant is located at:

 Address One Peter Yorke Way

 City, State & Zip Code San Francisco, CA 94109

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

 a. ✓ Failure to employ me.

 b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)      - 1 -

1      c. __ Failure to promote me.

2      d. X Other acts as specified below.

3  Disparagement - treated differently on same position

4  On March 8, 2019; Christine Escobar, Human

5  Resources Manager, refused to hire me after filing a wage

6  claim with the Department of Industrial Relations over a

7  position I held within the Archdiocese; therefore, retaliated

8  against me. Furthermore, before retaliation occurred, defendant failed
   to take all reasonable steps to prevent such retaliation from occurring.

9  5.   Defendant's conduct is discriminatory with respect to the following:

10     a. ✓ My race or color.

11     b. __ My religion.

12     c. __ My sex.

13     d. __ My national origin.

14     e. __ Other as specified below.

15     Title VI

16 6.   The basic facts surrounding my claim of discrimination are:

17 Christine Escobar, HR Manager at the Archdiocese of San Francisco

18 denied me a job for which I fully qualified after filing a wage claim

19 The actions of defendant's employees were caused by and were

20 in retaliation for the protected activity I set forth in above.

21 Hiring was denied after defendant's employee Christine Escobar

22 became aware that I had filed a wage claim with the Labor Commissioner.

23 Despite defendant's, actual or constructive, knowledge of the above-mentioned

24 retaliation, and the knowledge of her supervisors and agents, defendant failed
   to take immediate and appropriate corrective action to stop the retaliation.

25 7.   The alleged discrimination occurred on or about March 8, 2019.

26 Furthermore, before the retaliation occurred, defendant failed to take all reasonable
   steps to prevent such retaliation from occurring   (DATE)

27 8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

28 California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)     - 2 -

1  discriminatory conduct on or about __10/2019__.
2                                    (DATE)
3  9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about __April 5, 2021__.
5                                    (DATE)
6  10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7        Yes __✓__   No ____
8  11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.
10
11 DATED: __April 4, 2022__      _____Juana Lorena Hernandez, A._____
12                                         SIGNATURE OF PLAINTIFF
13
14 (PLEASE NOTE: NOTARIZATION    _____Juana Lorena Hernández_____
15 IS **NOT** REQUIRED.)                  PLAINTIFF'S NAME
16                                         (Printed or Typed)

Form-Intake 2 (Rev. 4/13)                - 3 -